*State, Petitioner, v. Harrison, Respondent,* No. 74527-7. Petition for review of a decision of the Court of Appeals, Nos. 27484-1-II, 27800-6-II, August 26, 2003, 118 Wn. App. 1022. *Denied* January 7, 2004.

*State, Respondent, v. Goodwin, Petitioner,* No. 74688-5. Petition for review of a decision of the Court of Appeals, No. 51173-4-I, July 28, 2003, 117 Wn. App. 1083. *Denied* January 7, 2004.

*In re Petition of The City of Lynnwood To Acquire By Condemnation Certain Real Property. City of Lynnwood, Respondent, v. Video Only, Inc., Petitioner,* No. 74724-5. Petition for review of a decision of the Court of Appeals, No. 51203-0-I, October 6, 2003, 118 Wn. App. 674. *Denied* January 7, 2004.

*Mohr & Co., Respondent, v. Spindler, et al., Petitioners,* No. 74168-9. Petition for review of a decision of the Court of Appeals, No. 20885-1-III, May 8, 2003, 116 Wn. App. 1064. *Denied* Janaury 7, 2004.

State, Respondent, v. Dunsworth, Petitioner, No. 74023-2. Petition for review of a decision of the Court of Appeals, No. 28490-1-II, April 29, 2003. *Denied* January 7, 2004.

State, Respondent, v. Conner, Petitioner, No. 74028-3. Petition for review of a decision of the Court of Appeals, No. 21132-1-III, May 9, 2003. *Denied* January 7, 2004.

State, Respondent, v. Greninger, Petitioner, No. 74136-1. Petition for review of a decision of the Court of Appeals, No. 27739-5-II, May 28, 2003. *Denied* January 7, 2004.

State, Respondent, v. Belt, Petitioner, No. 74163-8. Petition for review of a decision of the Court of Appeals, No. 49275-6-I, May 6, 2003. *Denied* January 7, 2004.